1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                          ----oo0oo----

12  SUE DALE,                        No. 2:25-cv-00868 WBS JDP

13            Plaintiff,

14       v.

15  FCA US, LLC; and DOES 1
    through 10, inclusive,

16

            Defendants.

17

18                          ----oo0oo----

19           STATUS (PRETRIAL SCHEDULING) ORDER

20           After reviewing the parties' Joint Status Report, the

21  court hereby vacates the Status (Pretrial Scheduling) Conference

22  scheduled for July 14, 2025, and makes the following findings and

23  orders without needing to consult with the parties any further.

24  I.    SERVICE OF PROCESS

25           All defendants have been served, and no further service

26  is permitted without leave of court, good cause having been shown

27  under Federal Rule of Civil Procedure 16(b).

28  II.   JOINDER OF PARTIES/AMENDMENTS

                               1

1    No further joinder of parties or amendments to

2    pleadings will be permitted except with leave of court, good

3    cause having been shown under Federal Rule of Civil Procedure

4    16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

5    (9th Cir. 1992).

6    III.  JURISDICTION/VENUE

7    Defendant removed this breach of warranty action

8    brought in state court pursuant to 28 U.S.C. § 1332, because it

9    contends the parties are of diverse citizenship and the amount in

10   controversy exceeds $75,000.  Venue is undisputed and hereby

11   found to be proper.

12   IV.  DISCOVERY

13   The parties shall serve the initial disclosures

14   required by Federal Rule of Civil Procedure 26(a)(1) on or before

15   **July 28, 2025.**

16   The parties shall disclose experts and produce reports

17   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

18   later than **August 10, 2026.**  With regard to expert testimony

19   intended solely for rebuttal, those experts shall be disclosed

20   and reports produced in accordance with Federal Rule of Civil

21   Procedure 26(a)(2) on or before **August 24, 2026.**

22   All discovery, including depositions for preservation

23   of testimony, is left open, save and except that it shall be so

24   conducted as to be completed by **September 22, 2026.**  The word

25   "completed" means that all discovery shall have been conducted so

26   that all depositions have been taken and any disputes relevant to

27   discovery shall have been resolved by appropriate order if

28   necessary and, where discovery has been ordered, the order has

2

1  been obeyed.  All motions to compel discovery must be noticed on

2  the magistrate judge's calendar in accordance with the local

3  rules of this court and so that such motions may be heard (and

4  any resulting orders obeyed) not later than **September 22, 2026.**

5  V.   <u>MOTION HEARING SCHEDULE</u>

6       All motions, except motions for continuances, temporary

7  restraining orders, or other emergency applications, shall be

8  filed on or before **October 26, 2026.**  All motions shall be

9  noticed for the next available hearing date.  Counsel are

10 cautioned to refer to the local rules regarding the requirements

11 for noticing and opposing such motions on the court's regularly

12 scheduled law and motion calendar.

13 VI.  <u>FINAL PRETRIAL CONFERENCE</u>

14       The Final Pretrial Conference is set for **January 11,**

15 **2027,** at 1:30 p.m. in Courtroom No. 5.  The conference shall be

16 attended by at least one of the attorneys who will conduct the

17 trial for each of the parties and by any unrepresented parties.

18       Counsel for all parties are to be fully prepared for

19 trial at the time of the Pretrial Conference, with no matters

20 remaining to be accomplished except production of witnesses for

21 oral testimony.  Counsel shall file separate pretrial statements,

22 and are referred to Local Rules 281 and 282 relating to the

23 contents of and time for filing those statements.  In addition to

24 those subjects listed in Local Rule 281(b), the parties are to

25 provide the court with: (1) a plain, concise statement which

26 identifies every non-discovery motion which has been made to the

27 court, and its resolution; (2) a list of the remaining claims as

28 against each defendant; and (3) the estimated number of trial

3

1   days.

2          In providing the plain, concise statements of

3   undisputed facts and disputed factual issues contemplated by

4   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

5   that remain at issue, and any remaining affirmatively pled

6   defenses thereto.  If the case is to be tried to a jury, the

7   parties shall also prepare a succinct statement of the case,

8   which is appropriate for the court to read to the jury.

9   VII. <u>TRIAL SETTING</u>

10          The jury trial is set for **March 9, 2027** at 9:00 a.m.

11   The parties estimate that the trial will last 5 to 7 days.

12   VIII.     <u>SETTLEMENT CONFERENCE</u>

13          A Settlement Conference with a magistrate judge will be

14   set at the time of the Pretrial Conference.  Counsel are

15   instructed to have a principal with full settlement authority

16   present at the Settlement Conference or to be fully authorized to

17   settle the matter on any terms.  At least seven calendar days

18   before the Settlement Conference counsel for each party shall

19   submit a confidential Settlement Conference Statement for review

20   by the settlement judge.  The Settlement Conference Statements

21   shall not be filed and will not otherwise be disclosed to the

22   trial judge.

23   IX. <u>MODIFICATIONS TO SCHEDULING ORDER</u>

24          Any requests to modify the dates or terms of this

25   Scheduling Order, except requests to change the date of the

26   trial, may be heard and decided by the assigned Magistrate Judge.

27   All requests to change the trial date shall be heard and decided

28   only by the undersigned judge.

1

          IT IS SO ORDERED.

2    Dated:   July 8, 2025

3                                        WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28